UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2002 JUN 11 A 3: 11

Civil Action No.:

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JOSEPH A. LOSANO,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF SWAMPSCOTT, JOHN TOOMEY,<br>AS FORMER CHIEF OF POLICE OF THE<br>TOWN OF SWAMPSCOTT, and in his<br>individual capacity, RONALD MADIGAN, AS<br>FORMER CAPTAIN, NOW CHIEF OF POLICE<br>IN THE TOWN OF SWAMPSCOTT, and in his<br>individual capacity, GARY LORD, SGT. IN THE<br>TOWN OF SWAMPSCOTT, and in his<br>individual capacity, and WILLIAM WATERS,<br>AS FORMER PATROLMAN, NOW SGT. IN<br>THE TOWN OF SWAMPSCOTT, and in his<br>individual capacity.<br>    Defendants. | 02 - 11173 WGY |

## DEFENDANTS' NOTICE OF REMOVAL OF ACTION FROM STATE COURT

Pursuant to 28 U.S.C. §1441(b) and 1446, defendants petition for removal of this action to the United States District Court for the District of Massachusetts. As grounds therefore, the defendants state as follows:

1. On or about May 9, 2002, the plaintiff filed this suit in the Essex Superior Court, Civil Action No. 02-890.

2. On May 15, 2002, the plaintiff's complaint was served upon the defendants. Attached as Exhibit A is a copy of the plaintiff's complaint and summons which were served upon the defendants.

3. In the complaint, the plaintiff "seeks money damages for the violation of his First, Fourth, Fourteenth Amendment rights pursuant to the Civil Rights Act of

**DOCKETED**



1871, 42 U.S.C. & [sic] 1983 and various state causes of action. Jurisdiction is conferred upon pursuant to 28 U.S.C. & [sic] 1331 and 28 U.S.C. & [sic] 28 U.S.C. & [sic] 1343(3)."

4. Because this matter is an action arising under federal law of which this Court has original jurisdiction, as authorized by 28 U.S.C. §1331, it is subject to removal under 28 U.S.C. §1441(b).

5. This Notice of Removal is being filed within the time period required by law, 28 U.S.C. §1446(b).

> Respectfully submitted,
> DEFENDANTS,
> By their attorneys,
>
> _____
> Leonard H. Kesten, BBO No. 542042
> Andrew S. Brooslin, BBO No. 638238
> Brody, Hardoon, Perkins & Kesten, LLP
> One Exeter Plaza
> Boston, MA 02116
> (617) 880-7100

Dated:   June 11, 2002

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 6·11·02
_____